**Electronically Filed
Supreme Court
SCWC-23-0000349
08-JUL-2026
03:11 PM
Dkt. 21 AMORD**

SCWC-23-0000349

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SEAN KADING and THERESA KADING,
Petitioners/Appellants-Appellants,

vs.

MAUI COUNTY BOARD OF VARIANCES AND APPEALS;
JACKY TAKAKURA, in her official capacity as Director of the
Department of Planning for the County of Maui;[1] and DEPARTMENT OF
PLANNING, COUNTY OF MAUI,
Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000349; CASE NO. 2CCV-22-0000226)

---

[1]     Pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 43(c)(1), Jacky Takakura, the current Director of the Department of Planning for the County of Maui, is automatically substituted in place of former Director of Planning for the County of Maui Michele McLean.

AMENDED[2] ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Char, assigned by reason of vacancy)

Petitioners Sean Kading and Theresa Kading's

Application for Writ of Certiorari, filed on May 18, 2026, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 8, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Stephanie R.S. Char

---

[2]  The Order Rejecting Application for Writ of Certiorari filed on July 6, 2026 (Dkt. 19) is amended to correct the filing date of the Application from May 19, 2026 to May 18, 2026.